denied.

No. 90–939.  NAYAK v. MCA, INC., ET AL.  C. A. 5th Cir. Certiorari denied.

No. 90–941.  TOWN OF SUNNYVALE, TEXAS v. MAYHEW ET AL. Ct. App. Tex., 5th Dist.  Certiorari denied.

No. 90–942.  ROSENTHAL v. BROUSSARD, ACTING CHIEF JUSTICE, SUPREME COURT OF CALIFORNIA, ET AL.  C. A. 9th Cir. Certiorari denied.

No. 90–943.  CLARK v. WESTERN UNION TELEGRAPH CO. C. A. 7th Cir.  Certiorari denied.

No. 90–946.  S & M INVESTMENT CO. v. TAHOE REGIONAL PLANNING AGENCY.  C. A. 9th Cir.  Certiorari denied.

No. 90–948.  McCARTHY v. PRINCE.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 90–950.  ROTH v. STUSSIE, JUDGE, ST. LOUIS COUNTY CIRCUIT COURT, ET AL.  Ct. App. Mo., Eastern Dist.  Certiorari denied.

No. 90–957.  NEGRON v. BANCO DE PONCE.  C. A. 2d Cir. Certiorari denied.

No. 90–958.  NONNETTE ET AL. v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 90–960.  CATHEY ET UX. v. DOW CHEMICAL COMPANY MEDICAL CARE PROGRAM.  C. A. 5th Cir.  Certiorari denied.

No. 90–961.  MADDEN v. ITT LONG TERM DISABILITY PLAN FOR SALARIED EMPLOYEES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–963.  WALSH, TRUSTEE OF THE BANKRUPTCY ESTATE OF JEWELL v. BANK OF AMERICA, N. T. & S. A.  Ct. App. Cal.,

1088

1st App. Dist. Certiorari denied.

No. 90–969. PHELPS v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 90–973. SIDWELL CO. v. REAL ESTATE DATA, INC. C. A. 7th Cir. Certiorari denied.

No. 90–975. MID-COUNTY MOTORS, INC. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–977. RPM MANAGEMENT CO., INC., ET AL. v. CHOWNING ET AL. Ct. App. Ark. Certiorari denied.

No. 90–979. GARRISON v. CITY OF INDIANAPOLIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–981. SECURITIES MANAGEMENT & RESEARCH, INC., ET AL. v. SWIFT ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–982. SAHNI v. HARBOR INSURANCE CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–986. ARMCO EXPORT SALES CORP. ET AL. v. COMP-TROLLER OF THE TREASURY OF MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 90–989. CALDOR, INC. v. HESLIN, COMMISSIONER OF CON-SUMER PROTECTION, ET AL. Sup. Ct. Conn. Certiorari denied.

No. 90–995. WRIGHT v. ARLINGTON COUNTY DEPARTMENT OF SOCIAL SERVICES. Sup. Ct. Va. Certiorari denied.

No. 90–999. JACOBS v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 90–1001. WESTMORELAND v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 90–1005. BAKER v. MECKLENBURG COUNTY, NORTH CAR-OLINA, ET AL. C. A. 4th Cir. Certiorari denied.